UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20732-CR-MORENO

**UNITED STATES OF AMERICA**

       **Plaintiff,**

**vs.**

**ALEJANDRO PUIG,**

       **Defendant.**
_____/

## ORDER TERMINATING SUPERVISED RELEASE

THIS CAUSE came before the Court on Defendant, ALEJANDRO PUIG'S, Motion for Early Termination of Supervised Release. Upon consideration thereof and the reasons set forth therein, it is hereby

**ORDERED AND ADJUDGED** that the defendant's motion is hereby **GRANTED.** The supervised releasee, ALEJANDRO PUIG, is hereby discharged from supervision.

**DONE AND ORDERED** in chambers in Miami, Florida this ____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE