UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20732-CR-MORENO

UNITED STATES OF AMERICA

        Plaintiff,

vs.

ALEJANDRO PUIG,

        Defendant.
_____/

## AGREED MOTION TO STRIKE/WITHDRAW PLEADING

COMES NOW the defendant, ALEJANDRO PUIG, by and through undersigned counsel, and hereby moves this Honorable Court to enter an Order Striking/Withdrawing his previously filed Motion for Early Termination of Supervised Release filed on January 14, 2025, as DE 205.

After consulting with undersigned counsel, defendant Alejandro Puig has decided to withdraw his Motion for Early Termination of Supervised Release [Document No. 205] and requests that said motion be stricken from the record.

Undersigned counsel also consulted with Assistant U.S. Attorney Robert Emery, who indicated that the government agrees that this motion be granted and that the pleading be stricken.

WHEREFORE, the defendant, ALEJANDRO PUIG, through undersigned counsel, respectfully prays this Honorable Court grant this motion and enter its Order striking/withdrawing his Motion for Early Termination of Supervised Release (D. E. 205) from the record.

        Respectfully submitted,

        Law Offices of Oscar Arroyave, P.A.
        Attorney for Alejandro Puig
        2600 S. Douglas Road, Suite 1004
        Coral Gables, FL 33134

              Phone: (305)444-0022
              Email: arroyavelaw@gmail.com

            BY: *s/ Oscar Arroyave*
              OSCAR ARROYAVE, ESQ.
              Florida Bar No.: 0298859

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of January 2025, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served on all counsel via transmission of Notices of Electronic Filing generated by CM/ECF.

            BY: *s/ Oscar Arroyave*
              OSCAR ARROYAVE, ESQ