UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20732-CR-MORENO

UNITED STATES OF AMERICA

        **Plaintiff,**

vs.

**ALEJANDRO PUIG,**

        **Defendant.**

_____/

## ORDER GRANTING AGREED MOTION TO STRIKE/WITHDRAW PLEADING

THIS CAUSE having come on before the Court on the Defendant, ALEJANDRO PUIG'S, Agreed Motion to Strike/Withdraw his previously filed Motion for Early Termination of Supervised Release (D.E. 205), and the Court being fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Defendant's motion is hereby GRANTED. It is FURTHER ORDERED and ADJUDGED that Document No. 205, filed on January 14, 2025, be Stricken/Withdrawn from the Record.

**DONE AND ORDERED** in chambers in Miami, Florida this ____ day of January 2025.

 

_____
UNITED STATES DISTRICT JUDGE