# MINUTE ORDER

Page 5

## Magistrate Judge Eduardo I. Sanchez

Atkins Building Courthouse - 6th Floor        Date: 7/25/25    Time: 2:00 p.m.

Defendant: Alejandro Puig        J#: 98550-004    Case #: 12-CR-20732-MORENO
AUSA: Monique Botero        Attorney: Leticia Olivera - AFPD
Violation: Supervised Release Violation Petition        Surr/Arrest Date: 07/25/25    YOB: 1971

Proceeding: Initial Appearance/Revocation        CJA Appt:
(Bond) PTD Held: ☐ Yes ☒ No        Recommended Bond:
Bond Set at: No Bond warrant        Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs        Language: English
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Disposition: Deft. advised of rights and charges, Deft. sworn. Deft's ore tenus request for Court Appointed Counsel is Granted; AFPD is appointed. No Bond per Judge Moreno Warrant; All further matters to be held before Judge Moreno.

Time from today to ___ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign or Removal:
Status Conference RE:
D.A.R. 14:20:15; 14:46:48        Time in Court: 9 Minutes

s/Eduardo I. Sanchez        Magistrate Judge