UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20732-CR-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEJANDRO PUIG,

    Defendant.

_____/

## **NOTICE OF REASSIGNMENT**

The Federal Public Defender's Office for the Southern District of Florida gives notice that the above-captioned case has been reassigned to Assistant Federal Public Defender Evan L. Kuhl. Please direct any future inquiries, pleadings or correspondence to Mr. Kuhl.

    Respectfully Submitted,

    HECTOR A. DOPICO
    FEDERAL PUBLIC DEFENDER

    BY: _s/Evan L. Kuhl_
    Evan L. Kuhl
    Assistant Federal Public Defender
    Florida Bar No. 1025143
    150 W. Flagler Street, Suite 1700
    Miami, Florida 33130-1556
    (305) 530-7000/(305) 536-4559, Fax
    E-Mail: evan_kuhl@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **July 30, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ *Evan L. Kuhl*
Evan L. Kuhl