UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20732-CR-MORENO

UNITED STATES OF AMERICA,

    *Plaintiff*,

v.

ALEJANDRO PUIG,

    *Defendant*.

_____/

**NOTICE OF INTENT TO ADMIT TO VIOLATIONS**

Alejandro Puig, through counsel, respectfully files this notice of his intent to admit the violations alleged in the petition. *See* D.E. 208. In support of his upcoming final revocation hearing, Mr. Puig states the following.

On July 25, 2025, Mr. Puig made his initial appearance on the petition and was detained without bond. D.E. 212. The Court subsequently scheduled a final revocation hearing for 10:00am on September 16, 2025. D.E. 215.

The undersigned has conferred with AUSA Lynn Kirkpatrick and USPO Deleon Hollinger regarding the alleged violations. The parties are therefore cognizant of the conduct underlying Mr. Puig's alleged violations. The undersigned anticipates that, at the final revocation hearing, Mr. Puig will admit to the alleged violations. The undersigned also anticipates that the parties will jointly recommend a sentence of four months of imprisonment followed by two years of supervision.

These are the first violations alleged against Mr. Puig since he commenced his supervised release on July 7, 2022. D.E. 209. Upon learning of the petition in this

case from his probation officer, Mr. Puig promptly surrendered himself to the Court on July 25, 2025. Prior to his surrender, Mr. Puig made short-term arrangements for the care of his two large rescue dogs on the belief that he was eligible for a bond. He subsequently learned at his initial appearance that the Court issued a no-bond warrant. Given the guideline range in his case and the capacity of his dogs' temporary caregivers, Mr. Puig now understands that he needs to find a longer-term solution for the care of his animals. He also perceives the need to get his financial affairs in order—*e.g.*, moving his personal property into storage before eviction, selling his vehicle before repossession.

Based on the foregoing, the undersigned anticipates requesting a bond and a delayed surrender date for Mr. Puig at the final revocation hearing so as to provide him with a limited amount of time to get his affairs in order before serving the balance of his sentence. Counsel for the government and Mr. Puig's probation officer have advised the undersigned that, with respect to this request, they will defer to the Court's judgment.

Respectfully Submitted,

HECTOR A. DOPICO
FEDERAL PUBLIC DEFENDER

BY: */s/ Evan L. Kuhl*
Evan L. Kuhl
Assistant Federal Public Defender
Florida Bar No. 1025143
150 W. Flagler Street, Suite 1700
Miami, Florida 33130-1556
(305) 530-7000
evan_kuhl@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on **September 11, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ Evan L. Kuhl*
Evan L. Kuhl