UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20732-CR-MORENO

UNITED STATES OF AMERICA,
        Plaintiff,
vs.
ALEJANDRO PUIG,
    Reg. #98550-004
        Defendant.     /

**JUDGMENT & COMMITMENT UPON VIOLATION OF SUPERVISED RELEASE**

On September 16, 2025, the defendant, Alejandro Puig, appeared before the Court for a Supervised Release Violation Hearing. The defendant admitted guilt to violations 1 and 2 of the Petition, the Court accepted said admission. Therefore, it is

**ORDERED AND ADJUDGED** that the supervised release heretofore imposed by the Court be and the same is hereby ***REVOKED***. Pursuant to the Sentencing Reform Act of 1984, it is **ORDERED and ADJUDGED** that the defendant is hereby committed to the custody of the United States Bureau of Prisons to be **imprisoned** for a period of **TIME SERVED,** followed by **18 MONTHS** of **supervised release. All previously imposed conditions of supervised release shall remain in full force and effect.**

**NO FURTHER SUPERVISION TO FOLLOW.**

DONE and ORDERED in Open Court at Miami, Dade County, Florida this 16th day of September 2025 and signed this 16 day of September 2025.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record
USPO Deleon Hollinger