UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 12-20732-CR-MORENO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ALEJANDRO PUIG,

        Defendant.
_____/

### ORDER AMENDING JUDGMENT AND COMMITMENT UPON VIOLATION OF SUPERVISED RELEASE

THIS CAUSE came before the Court upon a *sua sponte* review of the Judgment and Commitment Upon Violation of Supervised Release (D.E. 218).

THE COURT has considered the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the judgment and commitment order as to Alejandro Puig is amended to delete the statement "No further supervision to follow," which is inconsistent with the term of supervised release of 18 months imposed by the Court.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ of March 2026.

                                                      FEDERICO A. MORENO
                                                      UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record